UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony McCoy,

    Petitioner,

        v.                                Case No.  1:07cv018

Warden, Lebanon Correctional Institution,        Judge Michael R. Barrett

    Respondent.

## ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation filed December 21, 2007 (Doc. 11); and Petitioner's Motion to Appoint Counsel (Doc. 9) filed July 12, 2007.  Based upon the Court's ruling below, Petitioner's Motion to Appoint Counsel (Doc. 9) is hereby **denied as moot.**

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  <u>See United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and the Petition is dismissed with prejudice.  Absent good showing, Petitioner will not be permitted to appeal this action *informa pauperis* and any request for a certificate of appeal will be denied.  This action is closed.

    **IT IS SO ORDERED.**

                                                 *S/Michael R. Barrett*
bac      January 24, 2008                         Michael R. Barrett, Judge
                                                 United States District Court